**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| **RICHARD PURSE, D.O.** <br><br> v. <br><br> **DARWIN SELECT INSURANCE COMPANY** | **CIVIL ACTION** <br><br> **NO. 13-1788** |
|---|---|

## ORDER

**AND NOW**, this 26th day of June, 2013, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Motion to Remand is **GRANTED**.

The Clerk shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-1788 purse v. darwin select\13cv1788.order.docx